RECEIVED

JAN 2 7 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Governor Azariah Kezele,
Plaintiff,

v.

26-cv-765-KMM/EMB

U.S. Bank National Association,
Defendant.

COMPLAINT
(Jury Trial Demanded)

## I. INTRODUCTION

Plaintiff Governor Azariah Kezele brings this action against Defendant U.S. Bank National Association for retaliation, intimidation, hostile work environment, wrongful termination, and violations of the Family and Medical Leave Act (FMLA), Title VII of the Civil Rights Act of 1964, and the Minnesota Human Rights Act.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 2617. Venue is proper in the District of Minnesota because the events giving rise to this action occurred in this District.

## III. PARTIES

Plaintiff Governor Azariah Kezele is a resident of Scott County, Minnesota. Defendant U.S. Bank National Association is headquartered in Minneapolis, Hennepin County, Minnesota.

## IV. FACTUAL ALLEGATIONS

Beginning in November 2022, Plaintiff's manager interfered with his FMLA rights by stating there would be no FMLA in his role and that he should do away with FMLA to keep his job. Plaintiff was subjected to intimidation, retaliation, fabricated performance issues, denial of assistance, and ultimately termination on April 8, 2024 for alleged violation of workplace respect policy per the Defendant's (U.S. Bank) written testimony during an unemployment benefit hearing.

## V. CAUSES OF ACTION

Count I – Retaliation in violation of Title VII and the FMLA.
Count II – Hostile Work Environment.
Count III – Wrongful Termination.


SCANNED
JAN 2 8 2026
U.S. DISTRICT COURT MPLS

Count IV – FMLA Interference and Retaliation.
Count V – Violations of the Minnesota Human Rights Act.

## VI. PRAYER FOR RELIEF

Plaintiff seeks back pay, front pay, compensatory damages, punitive damages, liquidated damages under the FMLA, attorney fees, costs, and all other relief deemed just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Governor Azariah Kezele
Plaintiff Pro Se

Date: 01-27-2026