**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Governor Azariah Kezele,

Plaintiff,

v.

U.S. Bank National Association,

Defendant.

No. 26-cv-00765 (KMM/EMB)

**ORDER ON REPORT AND RECOMMENDATION**

---

This matter is before the Court on United States Magistrate Judge Elsa M. Bullard's August 14, 2026 Report and Recommendation ("R&R") recommending that Plaintiff Governor Azariah Kezele's Motion to Strike Defendant's Affirmative Defenses be denied as moot, and Defendant U.S. Bank National Association be ordered to respond to the amended complaint. (R&R, Dkt. 23.) Judge Bullard made this determination based on her finding that Defendant answered and pled its affirmative defenses in response to the original complaint (Compl., Dkt. 1) instead of the operative amended complaint (Amended Compl., Dkt. 10) which was filed with the court on February 12, 2026. (Dkt. 23 at 1–2.)

Mr. Kezele has not filed any written objections to the R&R, either within the permissible 14 days or in the weeks since. *See* D. Minn. L.R. 72.2(B)(1) (setting a 14-day deadline for a party to file "objections to a magistrate judge's proposed finding and recommendations"). In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P.

72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding no error, the Court accepts the R&R in full.

**ORDER**

For the foregoing reasons, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Dkt. 23) is **ACCEPTED**.

2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Dkt. 20) is **DENIED** as premature.

3. Defendant is **ORDERED** to answer or otherwise respond to Plaintiff's Amended Complaint (Dkt. 10) on or before **November 24, 2026.**

**Let Judgment be entered accordingly.**

Date: November 3, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
U.S. District Court Judge